UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JILL HENNESSEY, *individually and on behalf of all others similarly situated*, <br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC. and OLD NAVY, LLC,<br><br>Defendants. | Case No. 4:19-cv-01867-SEP |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order issued this day,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss, Doc. 54, is **GRANTED** and the Amended Complaint, Doc. 26, is **DISMISSED**.

Dated this 23rd day of September, 2022.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE